# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2360

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| James M. Alsup, | * | Western District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: April 14, 2008
Filed: April 17, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

James M. Alsup appeals the 180-month mandatory minimum sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). He argues that the district court's imposition of the mandatory minimum sentence set forth in 18 U.S.C. § 924(e)(1) is illegal, because it is not factually supported. See 18 U.S.C. § 924(e)(1) (§ 922(g) offender who has at least 3 prior convictions for violent felony or serious drug offense is subject to at least 15 years in prison). Specifically,

_____

[1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

he argues that the court never received into evidence the government's exhibits concerning his prior felony convictions, and did not make the required findings for the statutory minimum sentence.

Alsup's arguments are belied by the record: the sentencing transcript shows clearly that the district court admitted the government's exhibits supporting and detailing four of his prior felony convictions; and, in its Statement of Reasons, the court specifically adopted, without change, the presentence report, which listed and described the predicate convictions and concluded that armed-career-criminal status was warranted under section 924(e) and U.S.S.G. § 4B1.4.

Accordingly, we affirm.

_____